**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW D. PRISET,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:17-cv-00336** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **ATTORNEY GENERAL OF PA,** | : | |
| **Respondent** | : | |
| | | **ORDER** |

**AND NOW**, on this 18th day of May 2018, **IT IS ORDERED THAT**:

1. Petitioner Matthew D. Priset's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DISMISSED with prejudice**;

2. A certificate of appealability will not issue, as Priset has failed to demonstrate a substantial showing of the denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 335-36 (2003); and

3. The Clerk of Court shall **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania